## HAMILTON SECURITIES ADVISORY SERVICES, INC., Plaintiff–Appellee,

v.

## UNITED STATES, Defendant–Appellant.

No. 05–5016.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2006.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## Nouri E. HAKIM, Plaintiff–Appellant,

v.

## CANNON AVENT GROUP, PLC, Cannon Rubber Limited, and Avent America, Inc., Defendants–Appellees.

No. 06–1075.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2006.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.